JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>A & M PRINTING, an unknown entity, a.k.a. A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics; OLIVER LEWIN, an individual, a.k.a. Weldon Oliver Lewin, Weldon O. Lewin, and Weldon Lewin, and d.b.a. A & M Printing, A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics,<br><br>　　　　　Defendants. | CASE NO. CV 12-00043 MMM (Ex)<br><br>JUDGMENT FOR PLAINTIFF |

On May 20, 2013, the court granted the motion of plaintiff Xerox Corporation for entry of default judgment against defendants A&M Printing and Oliver Lewin. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Xerox Corporation recover from defendants A&M Printing and Oliver Lewin the sum of $151,356.00, representing $101,723.24 in principal

payments owed by defendants, $42,723.81 in prejudgmentinterest, $420 in costs of the suit, and $6,488.95 in attorneys' fees;;

2. That Xerox Corporation is also entitled to recovery and possession of a Xerox X700XV Digital Color Press Printer/Copier and Xerox X70CX Server currently in defendants' possession; and

3. That the action be, and it hereby is, dismissed.

DATED: May 20, 2013



_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2