# United States District Court
# Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAY 4, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Xerox Corporation, a New York Corporation,

                Plaintiff,

v.

A & M Printing, an unknown entity, a.k.a. A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics; Oliver Lewin, an individual, a.k.a. Weldon Oliver Lewin, Weldon O. Lewin, and Weldon Lewin, and d.b.a. A & M Printing, A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics,

                Defendants.

LACV 12-00043-MMM-E

**AMENDED JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order, filed on May 4, 2018, IT IS ORDERED AND ADJUDGED that the first term of the Court's Judgment, entered on May 20, 2013, is amended as follows:

1. That Plaintiff Xerox Corporation ("Plaintiff") recover from Defendant Oliver Lewin, an individual, a.k.a. Weldon Oliver Lewin, Weldon O. Lewin, and Weldon Lewin, and d.b.a. A & M Printing, A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics ("Defendant"), the sum of $151,356.00, representing $101,723.24 in principal payments owed by Defendant, $42,723.81 in pre-judgment interest, $420 in costs of the suit, and $6,488.95 in attorneys' fees;

All other terms contained in the Court's May 20, 2013 Judgment remain in full force and effect.

The Court orders that such amended judgment be entered.

**IT IS SO ORDERED.**

Dated: 5/4/18

Virginia A. Phillips
Chief United States District Judge