1 Tappan Zee, Esq., S.B. #216118
Kimberly Barrientos, Esq., S.B. #303806
2 **ZEE LAW GROUP, P.C.**
9660 Telstar Avenue
3 El Monte, California 91731
Phone (626) 588-1600
4 Facsimile (626) 628-1718

5 **Attorneys for Plaintiff and Judgment Creditor,**
Xerox Corporation, a New York Corporation

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>OLIVER LEWIN, an individual, a.k.a. Weldon Oliver Lewin, Weldon O. Lewin, and Weldon Lewin, and d.b.a. A & M Printing, A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics<br><br>                Defendants. | Case No.: 2:12-cv-00043-MMM-E<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based on the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.020, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, XEROX CORPORATION, a New York Corporation and against Defendant, OLIVER LEWIN, an individual, a.k.a. Weldon Oliver Lewin, Weldon O. Lewin, and Weldon Lewin, and d.b.a. A & M Printing, A&M Printing, A And M Printing, A & M Printing and Graphics, and A And M Printing and Graphics, entered on May 20, 2013, be and the same is hereby renewed in the amounts as set forth below:

---

Renewal of Judgment by Clerk

Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $151,356.00 |
| b. | Costs after judgment | $0.00 |
| c. | **Subtotal *(add a and b)*** | **$151,356.00** |
| d. | Credits after judgment | $0.00 |
| e. | **Subtotal *(subtract d from c)*** | **$151,356.00** |
| f. | Interest after judgment *(10%     )* | $149,614.37 |
| g. | Fee for filing renewal application | $0.00 |
| h. | **Total renewed judgment *(add e, f and g)*** | **$300.970.37** |

Date: April 7, 2023                    Clerk, by  *Sharon Hall Brown*
                                               Deputy


KIRY K. GRAY, Executive Clerk of U.S. District Court

---

Renewal of Judgment by Clerk